UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:

Terry Lee Atkin Sr

Case No.: _____

2010 FEB -8  PM 12: 01

U.S. _____ COURT
WEST DIST. OF MICH.

Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

I(we), hereby declare, under penalty of perjury, that the attached list of creditors is true and correct to the best of my(our) knowledge.

Date: 1-29-10

At:

**Kimberly M. Stebbins**
Preparer for Debtor(s)
Preparer Tax ID.: 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

2794 Henry
Muskegon, MI 49441
Telephone No.:
Fax No.:
E-mail address:

-OR-

_____
Terry Lee Atkin Sr,
Debtor

Muskegon Surgical
1490 Mersy Dr
Muskegon, MI 49444

Randy French
13878 Johnson Rd
Grand Haven, MI 49417

Reach and Development
4828 Loop Central
Houston, TX 77036

Seventh Avenue
1112 Seventh Avenue
Monroe, WI 53566

Shell Credit Card Center
P.O. Box 689151
Des Moines, IA 50368

The Swiss Colongy
P.O. Box 2818
Monroe, WI 53566

Verizon Wireless
P.O. Box 1850
Folsom, CA 95630

WAMU
P.O. Box 99604
Alrington, TX 60969

GE Service Limited Partnership
6330 Gulfton
Houston, TX 77081

HSBC
P.O.Box 81622
Gilinas, CA 39121

HSBC Card Services
P.O. Box 5222
Carol Stream, IL 60197

King Size
P.O. Box 182273
Columbus, OH 43218

Lowes
P.O. Box 960010
Orlando, FL 28960

Mason Easy Pay
P.O. Box 77001
Madison, WI 53707

Midland Funding LLC
c.o Bronson & Migliaccio
415 Lawrence Bell Dr
Williamsville, NY 14221

Money Recovery Nationwide
801 South Waverly St
Lansing, MI 48917

Montgomery Ward
P.O. Box 8994
Madison, WI 53794

Americas Servicing Co
P.O. Box 10328
Des Moines, IA 50306

Applied Bank
P.O. Box 15809
Wilmington, DE 98505

Blair
P.O. Box 659707
San Antonio, TX 09017

CARM
1015 Wilcox
Cadillac, MI 49601

Chase Card Member
P.O. Box 904014
Palatine, IL 60094

David Allen Bushen
2136 East River Rd
Muskegon, MI 49445

David Bushen
2136 East River Rd
Muskegon, MI 49445

Direct TV
P.O. Box 6550
Greenwood VIllage, CO 80155

GE Money Bank
P.O. Box 981064
El Paso, TX 79998