B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)  Case Number **10–01379–jrh**

UNITED STATES BANKRUPTCY COURT **District of** Western District of Michigan

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 2/8/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Terry Lee Atkin Sr.
aka Big T Motors
1083 Bakken Rd
Muskegon, MI 49444

| Case Number:<br>10–01379–jrh | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–3154<br>FR 2244756 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Terry Lee Atkin Sr.<br>1083 Bakken Rd<br>Muskegon, MI 49444<br>Telephone number: | Bankruptcy Trustee (name and address):<br>John A. Porter<br>Attorney at Law and Bankruptcy Trustee<br>6059 Cannon Highlands Drive NE<br>Belmont, MI 49306<br>Telephone number: (616) 874–4800 |

### Meeting of Creditors

Date: **March 12, 2010**    Time: **02:00 PM**
Location: **Ledyard Building, Second Floor, 125 Ottawa NW, Suite 202R, Grand Rapids, MI 49503**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 5/11/10**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>One Division Ave., N.<br>Room 200<br>Grand Rapids, MI 49503<br>Telephone number: (616)456–2693 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>DANIEL M. LAVILLE |
|---|---|
| Hours Open: Monday – Friday 8:00 AM – 4:00 PM | Date: 2/9/10 |

## EXPLANATIONS

B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. **(Applies to cases filed on or after October 17, 2005)** |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Abandonments | Trustees may abandon property in no asset estates without notice to creditors or other interested parties. Anyone wishing to receive notice of such abandonment shall file a request with the Court. |

**Refer to Other Side for Important Deadlines and Notices**

# CERTIFICATE OF NOTICE

```
District/off: 0646-1           User: roundtrd               Page 1 of 2                  Date Rcvd: Feb 09, 2010
Case: 10-01379                 Form ID: b9a                 Total Noticed: 41

The following entities were noticed by first class mail on Feb 11, 2010.
db           +Terry Lee Atkin, Sr.,    1083 Bakken Rd,    Muskegon, MI 49444-3967
tr           +John A. Porter,    Attorney at Law and Bankruptcy Trustee,    6059 Cannon Highlands Drive NE,
               Belmont, MI 49306-9678
smg          +MI DEPT OF TREASURY,    COLLECTION DIVISION/BANKRUPTCY,    PO BOX 30168,    LANSING, MI 48909-7668
smg          +SECRETARY OF THE TREASURY,    15TH & PENNSYLVANIA,    WASHINGTON, DC 20220-0001
smg          +SECURITIES & EXCHANGE COMM,    BANKRUPTCY SECTION,    175 W. JACKSON BLVD.,    SUITE 900,
               CHICAGO, IL 60604-2615
ust          +Jill M. Gies,    U.S. Department of Justice, OUST,    211 West Fort,    Suite 700,
               Detroit, MI 48226-3263
5744620      +Americas Servicing Co,    P.O. Box 10328,    Des Moines, IA 50306-0328
5744621      +Applied Bank,    P.O. Box 15809,    Wilmington, DE 19850-5809
5744624       Chase Card Member,    P.O. Box 904014,    Palatine, IL 60094
5744625      +David Allen Bushen,    2136 East River Rd,    Muskegon, MI 49445-1650
5744626      +David Bushen,    2136 East River Rd,    Muskegon, MI 49445-1650
5744627      +Direct TV,    P.O. Box 6550,    Greenwood VIllage, CO 80155-6550
5744629      +GE Service Limited Partnership,    6330 Gulfton,    Houston, TX 77081-1108
5744630       HSBC,    P.O.Box 81622,    Gilinas, CA 39121
5744633       Lowes,    P.O. Box 960010,    Orlando, FL 28960
5744634      +Mason Easy Pay,    P.O. Box 77001,    Madison, WI 53707-1001
5744635      +Midland Funding LLC,    c.o Bronson & Migliaccio,    415 Lawrence Bell Dr,
               Williamsville, NY 14221-7805
5744636      +Money Recovery Nationwide,    801 South Waverly St,    Lansing, MI 48917-5202
5744637      +Montgomery Ward,    P.O. Box 8994,    Madison, WI 53794-0001
5744638       Muskegon Surgical,    1490 Mersy Dr,    Muskegon, MI 49444
5744639      +Randy French,    13878 Johnson Rd,    Grand Haven, MI 49417-9750
5744640      +Reach and Development,    4828 Loop Central,    Houston, TX 77081-2212
5744641      +Seventh Avenue,    1112 Seventh Avenue,    Monroe, WI 53566-1364
5744642      +Shell Credit Card Center,    P.O. Box 689151,    Des Moines, IA 50368-9151
5744643      +The Swiss Colongy,    P.O. Box 2818,    Monroe, WI 53566-8018

The following entities were noticed by electronic transmission on Feb 09, 2010.
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov                             Daniel J. Casamatta,
               Assistant U.S. Trustee,    Office of the U.S. Trustee,    The Ledyard Building, 2nd Floor,
               125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2837
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov                             Daniel M. McDermott,
               Office of the United States Trustee,    Michigan/Ohio Region 9,    The Ledyard Building, 2nd Floor,
               125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2837
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov                             David W. Asbach,
               Office of the US Trustee,    The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
               Grand Rapids, MI 49503-2837
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov                             Dean E. Rietberg,
               Trial Attorney,    Office of the US Trustee,    The Ledyard Building, 2nd Floor,
               125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2837
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov                             Habbo G. Fokkena,
               Office of the United States Trustee,    Michigan/Ohio Region 9,    The Ledyard Building, 2nd Floor,
               125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2837
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov                             Matthew T. Cronin,
               Office of the US Trustee,    The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,
               Grand Rapids, MI 49503-2837
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov                             Michael V. Maggio,
               Trial Attorney,    Office of the US Trustee,    The Ledyard Building, 2nd Floor,
               125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2837
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov                             Michelle M. Wilson,
               Trial Attorney,    Office of the US Trustee,    The Ledyard Building, 2nd Floor,
               125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2837
ust          +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov                             Office of the U.S. Trustee,
               The Ledyard Building, 2nd Floor,    125 Ottawa NW, Suite 200R,    Grand Rapids, MI 49503-2837
5744622      +EDI: WFNNB.COM Feb 09 2010 18:13:00      Blair,    P.O. Box 659707,    San Antonio, TX 78265-9707
5744623      +E-mail/Text: rward@cadillac-ar.com                             CARM,    1015 Wilcox,
               Cadillac, MI 49601-2527
5744628      +EDI: RMSC.COM Feb 09 2010 18:13:00      GE Money Bank,    P.O. Box 981064,    El Paso, TX 79998-1064
5744631      +EDI: HFC.COM Feb 09 2010 18:13:00      HSBC Card Services,    P.O. Box 5222,
               Carol Stream, IL 60197-5222
5744632      +EDI: WFNNB.COM Feb 09 2010 18:13:00      King Size,    P.O. Box 182273,    Columbus, OH 43218-2273
5744644      +EDI: AFNIVZWIRE.COM Feb 09 2010 18:13:00      Verizon Wireless,    P.O. Box 1850,
               Folsom, CA 95763-1850
5744645      +EDI: CHASE.COM Feb 09 2010 18:13:00      WAMU,    P.O. Box 99604,    Alrington, TX 76096-9604
                                                                                                TOTAL: 16

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0646-1          User: roundtrd          Page 2 of 2              Date Rcvd: Feb 09, 2010
Case: 10-01379                Form ID: b9a            Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 11, 2010**                    **Signature:**   *Joseph Speetjens*