EXHIBIT 4

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:  
Terry Lee Atkin Sr.

Chapter 7 No.HG-10-01379  
Hon. Jeffrey R. Hughes

Debtor(s).
_____/

## CERTIFICATE OF SERVICE

The undersigned states that copies of Mortgage Electronic Registration Systems, Inc., as nominee for lender and lender's successors and/or assigns with GMAC Mortgage as servicer for lender's MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(A)(3) and Notice of Motion and Opportunity for Hearing were served upon the following parties, either electronically or by depositing said copies on April 15, 2010 in the U.S. mail, postage prepaid, properly addressed as follows:

Terry Lee Atkin Sr.  
1083 Bakker Rd  
Muskegon, MI 49444-3967

Roger G. Cotner  
Cotner Law Office  
220 Franklin Ave, PO Box 838  
Grand Haven, MI 49417-0838

John A. Porter  
6059 Cannon Highlands Drive NE  
Belmont, MI 49306

Daniel McDermott  
125 Ottawa Ave NW Ste 200R  
Grand Rapids, MI 49503-2837

City of Muskegon Treasurer  
933 Terrace St  
Muskegon, MI 49440-1348

City of Norton Shores Treasurer  
4814 Henry St  
Norton Shores, MI 49441-5486

Research and Development  
4828 Loop Central Dr  
Houston, TX 77081-2212

Laura J. Garlinghouse  
1700 E Beltline Ave NE Ste 200  
Grand Rapids, MI 49525-7044

/S/ Patricia Martin  
Legal Assistant  
Trott & Trott, P.C.  
Attorney for Mortgage Electronic Registration Systems, Inc., as nominee for lender and lender's successors and/or assigns with GMAC Mortgage as servicer for lender  
31440 Northwestern Highway, Suite 200  
Farmington Hills, MI 48334-2525  
248.642.2515  
Email: WesternECF@trottlaw.com

TROTT & TROTT, P.C.  
31440 NORTHWESTERN HIGHWAY, SUITE 200  
FARMINGTON HILLS, MI 48334-2525  
PHONE 248.642.2515<